Decided September 14, 1994

DONNA GORNEAULT *v.* LARRY GORNEAULT

The plaintiff's petition for certification for appeal from the Appellate Court, 34 Conn. App. 923 (AC 12505), is denied.

*Alfred F. Morrocco,* in support of the petition.

*Allen J. Segal,* in opposition.

Decided September 14, 1994

MARIA GUTIERREZ ET AL. *v.* ELISE NUGENT ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 34 Conn. App. 928 (AC 12451), is denied.

*Melvin G. Silverman,* in support of the petition.

*Thomas Galvin Cotter,* in opposition.

Decided September 14, 1994

PEARL-MAIN INVESTMENT COMPANY *v.* HOMECREST BUILDERS AND REMODELERS, INC., ET AL.

The defendant Anthony Fappiano's petition for certification for appeal from the Appellate Court, 34 Conn. App. 929 (AC 12832), is denied.

*Max F. Brunswick,* in support of the petition.

*Lloyd S. Lowinger,* in opposition.

Decided September 14, 1994